IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BOWIE, | 1:10-cv-01033-SMS (PC) |
| Plaintiff, | ORDER DIRECTING CLERK'S OFFICE TO FILE COMPLAINT |
| vs. | ORDER REQUIRING PLAINTIFF TO FILE APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS |
| M. VU, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se, submitted a civil rights complaint to the Central District of California on June 1, 2010, and the action was transferred to this court on June 9, 2010. Plaintiff has not paid the $350.00 filing fee or filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall file in the complaint lodged on June 1, 2010;
2. Within **forty-five (45) days** from the date of service of this order, plaintiff shall file the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $350.00 filing fee for this action;

///

///

///

-1-

3. **No request for extension will be granted without a showing of good cause, and failure to comply with this order will result in a recommendation that this action be dismissed.**

IT IS SO ORDERED.

Dated:     July 30, 2010                               /s/ Sandra M. Snyder
                                                     UNITED STATES MAGISTRATE JUDGE